

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:
25-cv-08568-WHO

**Re:    Transmittal of Record on Appeal to District Court:**

The Roman Catholic Archbishop of San Francisco, Bankruptcy Case No. 23-30564
Judge Dennis Montali

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

☑ Docket Report
☑ Certificate of Record  (dkt. 1344)
☑ Appellant's Designation of Items and Statement of Issues  (dkt. #1372)
☑ Appellee's Designation of Additional Items  (dkt. 1398)
☐ Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
☐ Cross-Appellee's Designation of Additional Items (if applicable)
☐ Certificate of No Transcript Requests (if applicable)
☐ Statement of Evidence When a Transcript is Unavailable (if applicable)
☐ Agreed Statement as the Record on Appeal (if applicable)
☑ Other : Counter-Designation of the Record and Statement of the Issue - by The Official Committee of
          Unsecured Creditors (dkt. #1393)

If you have any questions, please contact me at **(888) 821-7606**        .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/Monica Tartaglia*

Monica Tartaglia, Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

**The Roman Catholic Archbishop of San Francisco**

Bankruptcy Case No.:   23-30564 DM

District Court Appeal Case No.: 25-cv-08568-WHO

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission.  The Designation of Content for Record on Appeal and Statement of Issues have been filed.   The status of the transcripts are as follows:

☒ Designated transcript(s) have been filed with this Court. Docket #: **#1081, #1144, #1312, #1345**

☐ No transcripts were requested by Appellant or Appellee.

☐ Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: 10/23/2025

By: */s/Monica Tartaglia*

Monica Tartaglia, Deputy Clerk

**PlnDue, DsclsDue, CLMAGT, APPEAL**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 23–30564

*Date filed:* 08/21/2023
*341 meeting:* 10/12/2023

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

*Debtor*
**The Roman Catholic Archbishop of San Francisco**
One Peter Yorke Way
San Francisco, CA 94109
SAN FRANCISCO–CA
Tax ID / EIN: 94–1156707

represented by **Amanda L. Cottrell**
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue
20th Floor
Dallas, TX 75201
469–391–7432
Email: acottrell@sheppardmullin.com

**Ori Katz**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415)434–9100
Email: okatz@sheppardmullin.com

**Jeannie Kim**
Sheppard, Mulin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415–434–9100
Email: jekim@sheppardmullin.com

**Alan H. Martin**
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626–1993
714–513–5100
Fax : 714–513–5130
Email: AMartin@sheppardmullin.com

**Paul J. Pascuzzi**
Felderstein Fitzgerald et al LLP
500 Capitol Mall #2250
Sacramento, CA 95814
(916) 329–7400
Email: ppascuzzi@ffwplaw.com

**Jason E. Rios**
Felderstein, Fitzgerald et al
400 Capitol Mall #1750
Sacramento, CA 95814
(916) 329–7400

Email: jrios@ffwplaw.com

**Responsible Ind**
**Fr. Patrick Summerhays**
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109
415–614–5500

**Trustee**
**Not Assigned – SF**

**U.S. Trustee**                                    represented by **Jason Blumberg**
**Office of the U.S. Trustee / SF**                Office of the U.S. Trustee
Phillip J. Burton Federal Building                 501 I St. #7–500
450 Golden Gate Ave. 5th Fl., #05–0153             Sacramento, CA 95814
San Francisco, CA 94102                            (916) 930–2076
(415)705–3333                                      Email: jason.blumberg@usdoj.gov

                                                   **Jared A. Day**
                                                   Office of the U.S. Trustee
                                                   300 Booth St. #3009
                                                   Reno, NV 89509
                                                   (775) 784–5335
                                                   Email: jared.a.day@usdoj.gov

                                                   **Trevor Ross Fehr**
                                                   Office of the U.S. Trustee
                                                   501 I Street, Suite 7–500
                                                   Sacramento, CA 95814
                                                   (408) 535–5525
                                                   Email: trevor.fehr@usdoj.gov

                                                   **Christina Lauren Goebelsmann**
                                                   Department of Justice
                                                   450 Golden Gate Ave.
                                                   5th Floor
                                                   Ste 05–0153
                                                   San Francisco, CA 94102
                                                   415–705–3365
                                                   Email: cgoebelsmann@hudsonmartin.com
                                                   *TERMINATED: 04/23/2025*

                                                   **Deanna K. Hazelton**
                                                   Office of the United States Trustee
                                                   2500 Tulare Street, Suite 1401
                                                   Fresno, CA 93721
                                                   559–487–5588
                                                   Email: deanna.k.hazelton@usdoj.gov

                                                   **Gregory S. Powell**
                                                   U.S. Department Justice
                                                   Office of the U.S. Trustee
                                                   2500 Tulare St., #1401
                                                   Fresno, CA 93721
                                                   (559) 487–5002 ext. 225
                                                   Email: greg.powell@usdoj.gov

                                                   **Phillip John Shine**
                                                   Office of the United States Trustee
                                                   450 Golden Gate Avenue, Room
                                                   05–0153

San Francisco, CA 94102
408–535–5525
Fax : 408–535–5532
Email: phillip.shine@usdoj.gov

*Creditor Committee*
**The Official Committee of Unsecured Creditors,** *The Official Committee of Unsecured Creditors*
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436

represented by **Jesse Bair**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608–286–2840
Email: jbair@burnsbair.com

**Gillian Nicole Brown**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 13th Floor
Los Angeles, CA 90067
310–277–6910
Fax : 310–201–0760
Email: gbrown@pszjlaw.com

**Timothy W. Burns**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608–286–2808
Email: tburns@burnsbair.com

**Brian P Cawley**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608–467–0251
Email: bcawley@burnsbair.com

**Debra I. Grassgreen**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436
415–263–7000
Fax : 415–263–7010
Email: dgrassgreen@pszjlaw.com

**Gail S. Greenwood**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436
415–263–7000
Email: ggreenwood@pszjlaw.com

**John William Lucas**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436
415–263–7000
Fax : 415–263–7010

3

Email: jlucas@pszjlaw.com

**Brittany Mitchell Michael**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Ste 34th Floor
New York, NY 10017–2024
310–488–8144
Email: bmichael@pszjlaw.com

**James I. Stang**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067
310–277–6910
Fax : 310–201–0760
Email: jstang@pszjlaw.com

| | | |
|---|---|---|
| *Creditor Committee* <br> **Official Committee Of Unsecured Creditors,** *Attorneys for the Official Committee of Unsecured Creditors* <br> PACHULSKI STANG ZIEHL & JONES LLP <br> One Sansome Street, 34th Floor <br> Suite 3430 <br> San Francisco, CA 94104 <br> United States <br> 4152037166 | represented by | **Jesse Bair** <br> (See above for address) <br><br> **Gillian Nicole Brown** <br> (See above for address) <br><br> **Gail S. Greenwood** <br> (See above for address) |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 09/30/2025 | | 1372 | Appellant Designation of Contents For Inclusion in Record On Appeal *and Certificate Regarding Transcripts* (RE: related document(s)1344 Notice of Appeal and Statement of Election filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies). Appellee designation due by 10/16/2025. Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Kahane, Jeff). Related document(s) 1371 Notice of Appeal and Statement of Election filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies. Modified on 10/22/2025 (myt). (Entered: 09/30/2025) |
| 10/14/2025 | | 1393 | *Counter–Designation of the Record and Statement of the Issue Filed by Appellee the Official Committee of Unsecured Creditors.* (RE: related document(s)1344 Notice of Appeal and Statement of Election, 1371 Notice of Appeal and Statement of Election). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Greenwood, Gail)Modified on 10/16/2025 (myt). (Entered: 10/14/2025) |
| 10/14/2025 | | 1398 | Appellee Designation of Contents for Inclusion in Record of Appeal *and Statement of the Issue Filed by Appellee The Roman Catholic Archbishop of San Francisco* (RE: related document(s)1371 Notice of Appeal and Statement of Election filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Pascuzzi, Paul). Related document(s) 1344 Notice of Appeal and Statement of Election filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies. Modified on 10/16/2025 (myt). (Entered: 10/14/2025) |

Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213.721.0650
rroten@skarzysnki.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

*Counsel for Certain Underwriters at
Lloyd's, London and Certain London
Market Insurance Companies*

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312.635.7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-bk-30564<br><br>Chapter 11<br><br>**APPELLANTS LMI'S STATEMENT OF ISSUES ON APPEAL, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, AND CERTIFICATE REGARDING TRANSCRIPTS** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, made applicable by rule 6(c)(2)(A) of the Federal Rules of Appellate Procedure, Appellants Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies ("LMI" or "Appellants")[1] submit the

---

[1] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

LMI'S STATEMENT OF ISSUES ON APPEAL

5

following: (i) statement of issues to be considered on appeal, (ii) designation of items to be included in the record on appeal, and (iii) certificate regarding transcripts.  The Appellants appeal from the Docket Text Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, entered on September 2, 2025, and Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay, Docket No. 1346 and all other subsumed judgments, order, and decrees brought up for review in the appeal.

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellants present the following statement of issues to be considered on appeal:

1.      Whether the Bankruptcy Court erred in entering the Docket Text Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, entered on September 2, 2025, and Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay, Docket No. 1346.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

### Items from Main Bankruptcy Case, Case No. 23-bk-30564

| Item | Date | Dkt | Description |
|------|------|-----|-------------|
| 1. | 08/21/2023 | 1 | Chapter 11 Voluntary Petition for Non-Individual, Fee Amount $1738, Filed by The Roman Catholic Archbishop of San Francisco. Application to Employ Counsel by Debtor due by **09/20/2023**. Order Meeting of Creditors due by **08/28/2023**.Incomplete Filings due by **09/5/2023**. (Attachments: # 1 List of 20 Largest Creditors) |
| 2. | 08/21/2023 | 14 | Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 3. | 08/21/2023 | 15 | Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 4. | 11/21/2023 | 337 | Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 5. | 02/07/2024 | 453 | Order Approving Stipulation to Withdraw Without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |

Case: 23-30564   Doc# 1372   Filed: 09/30/25   Entered: 09/30/25 15:34:11   Page 2 of 15

| 6. | 07/16/2024 | 748 | Order Setting Status Conference (RE: related document(s)745 Motion Miscellaneous Relief filed by Creditor Committee The Official Committee of Unsecured Creditors). **Status Conference scheduled for 7/25/2024 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** |
| 7. | 07/31/2024 | 781 | Order Granting Application to Schedule a Status Conference With Presentation of Survivor Statements |
| 8. | 08/19/2024 | 805 | Order Setting Status Conference Re Presentation of Survivor Impact Statements (RE: related document(s)781 Order on Motion for Miscellaneous Relief). **Status Conference scheduled for 8/27/2024 at 10:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** |
| 9. | 08/28/2024 | 829 | Amended Order Granting Application To Schedule A Status Conference With Presentation Of Survivor Statements |
| 10. | 02/21/2025 | 1012 | Motion to File Redacted Document / The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents (Attachments: # 1 Declaration) Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 11. | 02/21/2025 | 1013 | Proposed Redacted Document (RE: related document(s)1012 Motion to File Redacted Document filed by Creditor Committee The Official Committee of Unsecured Creditors). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) PROPOSED SEALED DOCUMENT APPROVED REFER TO DOCKET ENTRY #1025. Modified on 2/25/2025 (lp). (Entered: 02/21/2025) |
| 12. | 02/21/2025 | 1014 | Proposed Redacted Document (RE: related document(s)1012 Motion to File Redacted Document filed by Creditor Committee The Official Committee of Unsecured Creditors, 1013 Proposed Redacted Document filed by Creditor Committee The Official Committee of Unsecured Creditors). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) PROPOSED SEALED DOCUMENT APPROVED REFER TO DOCKET ENTRY #1025 |
| 13. | 02/21/2025 | 1015 | Motion for Relief from Stay Fee Amount $199, Filed by The Official Committee of Unsecured Creditors |
| 14. | 02/21/2025 | 1016 | Relief From Stay Cover Sheet (RE: related document(s)1015 Motion for Relief from Stay). Filed by The Official Committee of Unsecured Creditors |
| 15. | 02/21/2025 | 1017 | Request To Take Judicial Notice / Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief |

3

| | | | |
|---|---|---|---|
| | | | From Stay). Filed by The Official Committee of Unsecured Creditors |
| 16. | 02/21/2025 | 1018 | Declaration of Jesse Bair in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 17. | 02/21/2025 | 1019 | Declaration of Vince Finaldi in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 18. | 02/21/2025 | 1020 | Declaration of Richard Simons in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by The Official Committee of Unsecured Creditors |
| 19. | 02/21/2025 | 1021 | Notice of Hearing Regarding The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief from Stay Fee Amount $199, Filed by The Official Committee of Unsecured Creditors). |
| 20. | 02/21/2025 | 1022 | Certificate of Service (RE: related document(s)1012 Motion to File Redacted Document, 1015 Motion for Relief From Stay, 1016 Relief From Stay Cover Sheet, 1017 Request To Take Judicial Notice, 1018 Declaration, 1019 Declaration, 1020 Declaration, 1021 Notice of Hearing). Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 21. | 02/25/2025 | 1025 | Order Granting The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents |
| 22. | 03/13/2025 | 1081 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay). Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) |

UMI'S STATEMENT OF ISSUES ON APPEAL

8

| 23. | 03/13/2025 | 1083 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1015 Motion for Relief From Stay, 1021 Notice of Hearing). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) |
| 24. | 03/20/2025 | 1097 | Reply / The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s)1081 Objection, 1083 Opposition Brief/Memorandum). Filed by The Official Committee of Unsecured Creditors |
| 25. | 03/25/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) For the March 27, 2025 hearing on the OCC Motion for Relief From Stay, the court will begin with some questions regarding the Coordinated Proceedings, and in particular matters presented to the presiding judge on January 22, 2025, and will pose questions to state court counsel for the Debtor and counsel for the Plaintiffs for the two matters that are the subject of the Motion if they attend the hearing. Then each side will have thirty minutes for argument on the Motion, with counsel for the OCC to argue first and be expected to reserve time for rebuttal and counsel for the Debtor and the Insurers who have joined the opposition to share their thirty minutes as they decide. |
| 26. | 03/27/2025 | | MINUTES: Hearing Held. Appearances: James Stang for The Official Committee of Unsecured Creditors; Ori Katz for Debtor; Daniel Zamora Special Litigation Counsel for Debtor; Vince Finaldi Sate Court Counsel for Survivor Plaintiff; Richard Simons State Court Counsel for Survivor Plaintiff; Patrick Maxcy for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company; Blaise Curet for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation, and Jesse Bair Special Insurance Counsel for the Official Committee of Unsecured Creditors. The matter is taken under advisement and stands submitted. |
| 27. | 03/27/2025 | 1112 | PDF with attached Audio File. Court Date & Time [ 3/27/2025 1:30:00 PM ]. |
| 28. | 04/10/2025 | 1138 | Memorandum Decision on Motion for Relief from Stay |
| 29. | 04/10/2025 | 1139 | Order Granting in Part Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |
| 30. | 04/15/2025 | 1144 | Transcript regarding Hearing Held 3/27/2025 RE: Motion Hearing. |

| 31. | 08/07/2025 | 1285 | Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order) |
|---|---|---|---|
| 32. | 08/07/2025 | 1286 | Notice of Hearing (RE: related document(s)1285 Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 9/4/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 33. | 08/07/2025 | 1287 | Request To Take Judicial Notice and Supporting Evidence in support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 34. | 08/07/2025 | 1288 | Declaration of Fr. Patrick Summerhays in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 35. | 08/14/2025 | 1292 | Certificate of Service re: Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285], [Proposed] Order Granting Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285-1], Notice of Hearing on Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286], Request for Judicial Notice and Supporting Evidence in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1287] and Declaration of Fr. Patrick Summerhays in Support of Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1288] Filed by Other Prof. Omni Agent Solutions, Inc. |
| 36. | 08/15/2025 | 1293 | Joinder / The Official Committee of Unsecured Creditors' Joinder to the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| 37. | 08/21/2025 | 1302 | Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document). Filed by Interested Party Century Indemnity |

6

| | | | |
|---|---|---|---|
| | | | Company (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C) |
| 38. | 08/21/2025 | 1303 | Joinder Interstate Insurers' and Appalachian's Joinder to Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document, 1302 Objection). Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company |
| 39. | 08/25/2025 | 1304 | Certificate of Service (RE: related document(s)1303 Joinder). Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company |
| 40. | 08/26/2025 | 1305 | Notice Regarding Amended Exhibit in support of Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order)). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 41. | 08/28/2025 | 1311 | Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1285 Motion to Approve Document, 1302 Objection, 1303 Joinder),.Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 42. | 08/28/2025 | 1312 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1311 Reply). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - 7-23-2025 RCBS Transcript # 2 Exhibit B - 8-15-2025 RCBSR Transcript) |
| 43. | 08/28/2025 | 1315 | Reply / The Official Committee of Unsecured Creditors' Reply in Support of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s)1285 Motion to Approve Document, 1302 Objection). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Attachments: # 1 Certificate of Service) |
| 44. | 08/29/2025 | 1318 | Status Conference Statement for September 4, 2025, Status Conference Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 45. | 09/02/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has considered the Motion To Approve Compromise, etc (Dkt 1285), the Objection and Joinder (Dkts 1302 & 1303) and the Replies by Debtor and the OCC (Dkts 1311 & 1315). It |

7

LMI'S STATEMENT OF ISSUES ON APPEAL

11

| | | | is worthy of note that not a single abuse claimant whose action will remain stayed has objected. The motion is well-taken, easily satisfies the A & C test by considering and weighing the factors, as the court does independently here, and represents a needed, good faith settlement of a bona-fide dispute. The objectors, assuming they even have standing, have shown no meaningful prejudice. The OCC did not unilaterally select the test cases. What other courts have done in similar cases is interesting but not controlling. The demand letters, if they even would be prohibited by the automatic stay, which is far from clear, are to some extent pass-throughs from the debtor as a conduit to the insurers, who cannot be surprised or harmed by them. All other objections are OVERRULED and the matter is DROPPED from the **September 4** calendar. The 14-day stay is waived. Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order. (RE: related document(s)1285 Motion to Approve Document filed by Debtor The Roman Catholic Archbishop of San Francisco) |
|---|---|---|---|
| 46. | 09/04/2025 | 1321 | Status Conference Statement / The Official Committee of Unsecured Creditors' Status Conference Statement for September 4, 2025, Status Conference Filed by The Official Committee of Unsecured Creditors |
| 47. | 09/4/2025 | 1322 | PDF with attached Audio File of the September 4, 2025 Hearing |
| 48. | 09/15/2025 | 1331 | Notice Regarding Fully Executed Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants (RE: related document(s)1285 Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order)). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 49. | 09/16/2025 | 1341 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) Judge Docket Order). Transmission of Record to District Court due by **10/16/2025**. Filed by Interested Party Century Indemnity Company |
| 50. | 09/16/2025 | 1342 | Motion to Stay Pending Appeal (RE: related document(s)1341 Notice of Appeal and Statement of Election filed by Interested Party Century Indemnity Company). Filed by Interested Party Century Indemnity Company |
| 51. | 09/16/2025 | 1343 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) Judge Docket Order). Transmission of Record to District Court due by **10/16/2025**. Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance |

8

| | | | Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
|---|---|---|---|
| 52. | 09/16/2025 | 1344 | Notice of Appeal and Statement of Election, Fee Amount $ 298. (RE: related document(s) Judge Docket Order). Transmission of Record to District Court due by **10/16/2025**. Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 53. | 09/17/2025 | 1345 | Transcript regarding Hearing Held 9/4/2025 RE: Motion Hearing. |
| 54. | 09/17/2025 | 1346 | Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay (Related Doc # 1285) |
| 55. | 09/17/2025 | | **DOCKET TEXT ORDER** (no separate order issued:) Certain insurers filed a Motion For Stay Pending Appeal (Dkt 1342) on September 16, 2005. Debtor should, and the Official Committee of Unsecured Creditors may, file any opposition to that Motion no later than **September 30, 2025**. No reply should be filed. The court will consider the matter and issue an order or set the matter for hearing, as it deems appropriate |
| 56. | 09/22/2025 | 1349 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Ori Katz, Alan H. Martin, Jeannie Kim, Alan H. Martin, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Jeff D. Kahane, Russell W. Roten, Nathan Reinhardt, Timothy Evanston, Catalina J. Sugayan, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Matthew C. Lovell, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa Schollard: Attorney for Appellee(s) Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander Potente, Jason Chorley, Joshua Haevernick, Patrick C. Maxcy, Andrew D. Telles Wyatt: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. (RE: related document(s)1341 Notice of Appeal and Statement of Election) filed by Interested Party Pacific Indemnity Company, Interested Party Century Indemnity Company, Interested Party Westchester Fire Insurance Company |
| 57. | 09/22/2025 | 1350 | Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) Judge Docket Order, 1341 Notice of Appeal and Statement of Election, 1342 Motion to Stay Pending Appeal ). |
| 58. | 09/22/2025 | 1351 | Amended Courts Certificate of Mailing. Number of notices mailed: 42 (RE: related document(s) Judge Docket Order, 1341 Notice of Appeal and Statement of |

| | | | Election, <u>1342</u> Motion to Stay Pending Appeal, <u>1346</u> Order on Motion to Approve Document). |
|---|---|---|---|
| 59. | 09/22/2025 | 1352 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Barron L. Weinstein, Kevin L. Cifarelli, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Timothy W. Burns, Jesse J. Bair, Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander E. Potente, Jason J. Chorley, Catalina J. Sugayan, Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Joshua Haevernick, Patrick C. Maxey: Attorney for Appellee(s) Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Mathew C. Lovell, Christina M. Lincoln, Melissa M. D Alelio, Taylore E. Karpa Schollard: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. |
| 60. | 09/22/2025 | 1353 | Courts Certificate of Mailing. Number of notices mailed: 39 (RE: related document(s) Judge Docket Order, <u>1343</u> Notice of Appeal and Statement of Election, <u>1346</u> Order on Motion to Approve Document). |
| 61. | 09/22/2025 | 1354 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Jeannie Kim, Amanda L. Cottrell, Barron L. Weinstein, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Matthew C. Lovell, Blaise S. Curet, Robin D. Craig, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa, Michele N. Detheraage, Joshua Haevernick, Patrick C. Maxey, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Kelsey L. Campbell, Karen Barth Menzies, Richard E. Donahoo, Justin Felton, Jeff Anderson , Clayton Hinrichs, Jennifer Stein, Michael Finnegan, Joseph C. George, Andy LeClair, Jennifer R. Liakos, Vince W. Finaldi, Dennis C. Reich, Robert J. Binstock, Ben Black, Andrew Holcomb, Sandra Ribera Speed, Adam P. Slater, Ryan Camastra, Robert W. Thompson, R. Lewis Van Blois, Devin Storey: Attorney for Appellee(s) Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Catalina J. Sugayan, Michael Norton, Yongli Yang: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. |
| 62. | 09/22/2025 | 1355 | Courts Certificate of Mailing. Number of notices mailed: 64 (RE: related document(s) Judge Docket Order, <u>1344</u> Notice of Appeal and Statement of Election, <u>1346</u> Order on Motion to Approve Document). |

| 63. | 09/30/2025 | 1368 | Brief/Memorandum in Opposition to Insurer's Motion for Stay Pending Appeal (RE: related document(s)1342 Motion to Stay Pending Appeal). Filed by Debtor The Roman Catholic Archbishop of San Francisco |
|---|---|---|---|

**Items from Adversary Proceeding Case, Case No. 25-ap-03019**

| Item | Date | Dkt | Description |
|---|---|---|---|
| 64. | 04/28/2025 | 1 | Complaint Seeking Declaratory And Injunctive Relief Under Bankruptcy Code Sections 105(a) And 362 That The Automatic Stay Extends To All State Court Cases In Which Debtor Is Named As A Defendant And As To All Cases In Which A Non-Debtor Affiliate Is Named As A Defendant |
| 65. | 05/29/2025 | 7 | Stipulation Permitting the Official Committee of Unsecured Creditors to Intervene Filed by The Official Committee of the Unsecured Creditors |
| 66. | 05/29/2025 | 8 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 67. | 05/29/2025 | 9 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 (RE: related document(s)8 Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 68. | 05/29/2025 | 10 | Certificate of Service (RE: related document(s)8 Motion Miscellaneous Relief, 9 Notice of Hearing). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 69. | 05/30/2025 | 11 | Order Approving Stipulation Permitting the Official Committee of Unsecured Creditors to Intervene (RE: related document(s)7 Stipulation Referring to Existing Document(s) filed by Creditor Committee The Official Committee of the Unsecured Creditors). |
| 70. | 06/02/2025 | 12 | Certificate of Service re Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8], Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-1], Declaration of Paul E. Gaspari in Support of Motion for |

11

| | | | |
|---|---|---|---|
| | | | Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-2], Declaration of Barron L. Weinstein in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 Adv. Docket No. 8-3], Notice of Hearing Oon Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 9] and Cover Letter Filed by Interested Party Omni Agent Solutions |
| 71. | 06/12/2025 | 13 | Brief/Memorandum in Opposition to / The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 362 and 105(a) (RE: related document(s)8 Motion Miscellaneous Relief). Filed by Creditor Committee The Official Committee of the Unsecured Creditors |
| 72. | 06/12/2025 | 14 | Declaration of Jesse Bair in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 362 and 105(a) (RE: related document(s)13 Opposition Brief/Memorandum). Filed by Creditor Committee The Official Committee of the Unsecured Creditors |
| 73. | 06/12/2025 | 15 | Request To Take Judicial Notice / Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay |
| 74. | 06/12/2025 | 16 | Request To Take Judicial Notice / Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay |
| 75. | 06/13/2025 | 17 | Stipulation, Staying State Court Litigation Against High School Defendants Filed by Creditor Committee The Official Committee of the Unsecured Creditors |
| 76. | 06/19/2025 | 18 | Reply in Support of Motion for Entry of an Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 (RE: related document(s)13 Opposition Brief/Memorandum). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |

| | | | |
|---|---|---|---|
| 77. | 06/20/2025 | 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants (RE: related document(s)17 Stipulation for Miscellaneous Relief filed by Creditor Committee The Official Committee of the Unsecured Creditors) |
| 78. | 06/26/2025 | 20 | Certificate of Service re: Reply in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 18] and Cover Letter Filed by Interested Party Omni Agent Solutions |
| 79. | 06/24/2025 | | Hearing Continued (RE: related document(s) 1 Complaint). **Hearing scheduled for 07/17/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars** |
| 80. | 7/15/2025 | | Hearing Continued. The scheduling conference on 7/17/25 is continued to **8/14/25 at 1:30 p.m.** (RE: related document(s) 1 Complaint). **Hearing scheduled for 08/14/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** |
| 81. | 08/07/2025 | 21 | Stipulation by and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 82. | 08/11/2025 | | Hearing Continued. The scheduling conference is continued to **9/4/25 at 1:30 PM**. (RE: related document(s) 1 Complaint). **Hearing scheduled for 09/04/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars** |
| 83. | 08/26/2025 | 22 | Notice Regarding Amended Exhibit B to Stipulation (RE: related document(s)21 Stipulation Referring to Existing Document(s) filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
| 84. | 09/04/2025 | | Hearing Continued. (RE: related document(s) 1 Complaint). **Hearing scheduled for 10/23/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars** |
| 85. | 09/04/2025 | | Hearing Held. Motion is taken off calendar; order to follow. (RE: related document(s) 8 Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) |
| 86. | 09/04/2025 | 23 | PDF with attached Audio File of the September 4, 2025 Hearing |
| 87. | 09/15/2025 | 25 | Notice Regarding Fully Executed Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official |

LMI'S STATEMENT OF ISSUES ON APPEAL

17

| | | | Committee of Unsecured Creditors, and the Survivor Defendants (RE: related document(s)8 Motion Miscellaneous Relief filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Filed by Plaintiff The Roman Catholic Archbishop of San Francisco |
|---|---|---|---|
| 88. | 09/17/2025 | 26 | Transcript regarding Hearing Held 9/4/2025 RE: Motion Hearing. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber, 800-257-0885. . Notice of Intent to Request Redaction Deadline Due By **9/24/2025**. Redaction Request Due By **10/8/2025**. Redacted Transcript Submission Due By **10/20/2025**. Transcript access will be restricted through **12/16/2025**. |
| 89. | 09/17/2025 | 27 | Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay (Related Doc # 8) |
| 90. | 09/17/2025 | 28 | Certificate of Service re: Notice of Fully Executed Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 25] and Proposed Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay Filed by Interested Party Omni Agent Solutions |

## <u>CERTIFICATE REGARDING TRANSCRIPTS PURSUANT TO BANKRUPTCY</u>

## <u>RULE 8009(b)</u>

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, made applicable by Rule 6(c)(2)(A) of the Federal Rules of Appellate Procedure, Appellants hereby certify that they have already ordered all the hearing transcripts that they intend to use in their appeal and are not ordering any additional transcripts.

Dated: September 30, 2025             Respectfully submitted,

By: */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone:    213.721.0650
Email: rroten@skarzynski.com

14

LMI'S STATEMENT OF ISSUES ON APPEAL

1

jkahane@skarzynski.com
nreinhardt@skarzski.com
tevanston@skarzynski.com

2

3

-and-

4

By: */s/ Catalina J. Sugayan*

5

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312.635.7000
Email: Catalina.Sugayan@clydeco.us
        Robert.Sweeney@clydeco.us
        Yongli.Yang@clydeco.us

6

7

8

9

10

11

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  James I. Stang (CA Bar No. 94435)
   Brittany M. Michael *(Pro Hac Vice)*
2  Gail Greenwood (CA Bar No. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Sansome Street, 34th Floor, Suite 3430
   San Francisco, California 94104-4436
4  Telephone: 415-263-7000
   Email: jstang@pszjlaw.com
5          bmichael@pszjlaw.com
           ggreenwood@pszjlaw.com
6
   Attorneys for the Official Committee of
7  Unsecured Creditors

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11  In re                           Case No. 23-30564

12  THE ROMAN CATHOLIC ARCHBISHOP   Chapter 11
    OF SAN FRANCISCO,
13                                  **COUNTER-DESIGNATION OF THE**
           Debtor.                  **RECORD AND STATEMENT OF THE**
14                                  **ISSUE FILED BY APPELLEE THE**
                                    **OFFICIAL COMMITTEE OF**
15                                  **UNSECURED CREDITORS**

16

17

18         Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, the

19  Official Committee of Unsecured Creditors (the "Committee" or "Appellee") of The Roman

20  Catholic Archbishop of San Francisco (the "Debtor") hereby: (1) submits the following statement

21  of issue to be considered on appeal, and (2) designates the following additional items to be

22  included in the record for the appeals filed by Certain Underwriters at Lloyd's, London and

23  Certain London Market Insurance Companies (the "Appellant").[1]

24         **I. Statement of Issue to be Presented on Appeal**

25         Appellee presents the following statement of issue to be considered on appeal:

26

27  ────────────────
    [1] The Appellant filed two notices of appeal regarding the Court's approval of the Debtor's Motion to Approve
28  Compromise and Stipulation Modifying the Automatic Stay (the "Motion"): Docket Nos. 1344 and 1371.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1.      Did the bankruptcy court abuse its discretion in granting the compromise between the Debtor, the Committee, and certain child sexual abuse survivors to stay thirty-nine state court cases in exchange for allowing five cases to move forward and permission to submit individual case demands for the Debtor to convey to its insurers?

**II. Designation of Additional Items to be Included in the Record on Appeal**

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda:

**Items from Main Bankruptcy Case, Case No. 23-30564**

| Item No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 1 | 10/19/2023 | 220 | Motion for Order (1) Fixing Time for Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form and Manner of Notice |
| 2 | 10/27/2023 | 251 | Motion for Relief from Stay |
| 3 | 11/02/2023 | 273 | Committee's Limited Objection to Debtor's Motion for Order (1) Fixing Time for Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form and Manner of Notice |
| 4 | 11/02/2023 | 274 | Certain Insurers' Limited Objection and Reservation of Rights to Debtor's Motion for Order (1) Fixing Time for Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form and Manner of Notice |
| 5 | 11/16/2023 | 313 | Objection to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |
| 6 | 02/07/2024 | 452 | Stipulation to Withdraw without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| 7 | 04/02/2024 | 571 | Ex Parte Motion to Compel Production of Documents Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 8 | 04/04/2024 | 572 | Joinder in Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production |
| 9 | 04/04/2024 | 573 | Committee's Opposition to Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production |
| 10 | 04/08/2024 | 580 | Objection Debtor's Request for Hearing and Opposition to Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 11 | 04/17/2024 | 591 | Status Report of Certain Insurers in Connection with their Application for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 12 | 04/19/2024 | 604 | Response to Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtors Emergency Motions |
| 13 | 05/16/2024 | 635 | Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
| 14 | 5/30/2024 | 668 | Insurers' Objection to Debtor's Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator, and Granting Related Relief |
| 15 | 06/06/2024 | 683 | Committee's Reply in Support of Debtors Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Grant Related Relief |
| 16 | 06/06/2024 | 686 | Omnibus Reply in Support of Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
| 17 | 06/18/2024 | 695 | Transcript regarding Hearing Held 6/13/2024 |

4908-0164-7474.3 05068.002

22

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| 18 | 06/20/2024 | 704 | Memorandum Decision on Motion for Order Referring Parties to Global Mediation |
|---|---|---|---|
| 19 | 07/15/2024 | 747 | Order Referring Case to Mediation and Appointing Mediator |
| 20 | 05/19/2025 | 1190 | Letter to The Hon. Judge Dennis Montali re Discovery Dispute. |
| 21 | 05/23/2025 | 1203 | Response to Committee's Letter re Discovery Dispute |
| 22 | 05/28/2025 | 1210 | Order on Pending Discovery Dispute |
| 23 | 07/10/2025 | 1233 | Application for Compensation Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 Through May 31, 2025 |
| 24 | 07/10/2025 | 1234 | Declaration of Brittany M. Michael in Support of Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of February 1, 2025 to May 31, 2025 |
| 25 | 07/10/2025 | 1236 | Interim Application for Compensation of Burns Bair LLP for Allowance and Payment of Fees and Reimbursement of Expenses as Special Insurance Counsel for The Official Committee of Unsecured Creditors |
| 26 | 07/10/2025 | 1237 | Declaration of Jesse J. Bair in Support of Interim Application for Compensation of Burns Bair LLP for Allowance and Payment of Fees and Reimbursement of Expenses as Special Insurance Counsel for The Official Committee of Unsecured Creditors |
| 27 | 07/10/2025 | 1239 | Application for Compensation of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Co-Counsel for the Debtor in Possession |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4908-0164-7474.3 05068.002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| 28 | 07/10/2025 | 1240 | Declaration of Paul J. Pascuzzi in Support of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Co-Counsel for the Debtor in Possession |
| 29 | 07/10/2025 | 1245 | Application for Compensation of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for The Roman Catholic Archbishop of San Francisco |
| 30 | 07/10/2025 | 1246 | Declaration of Paul E. Gaspari in Support of Weintraub Tobin Chediak Coleman Grodin Law Corporation Fifth Interim Application for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel |
| 31 | 07/10/2025 | 1251 | Interim Application for Compensation Fifth Interim Fee Application of Sheppard, Mullin, Richter & Hampton LP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 through May 31, 2025 for Sheppard, Mullin, Richter & Hampton LLP, Debtor's Attorney |
| 32 | 07/10/2025 | 1252 | Application for Compensation of Blank Rome LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession for The Roman Catholic Archbishop of San Francisco |
| 33 | 07/10/2025 | 1253 | Application for Compensation of Blank Rome LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession for The Roman Catholic Archbishop of San Francisco |
| 34 | 07/21/2025 | 1266 | Statement of Monthly Professional Fees of BlankRome LLP [June 2025] |
| 35 | 07/21/2025 | 1267 | Statement of Monthly Professional Fees and Expenses of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP [June 2025] |
| 36 | 07/21/2025 | 1269 | Statement of Monthly Professional Fees for Weintraub Tobin [June 2025] |

| 37 | 07/24/2025 | 1273 | Statement of Monthly Professional Fee Statement for Sheppard, Mullin, Richter & Hampton LLP - June 2025 |
|---|---|---|---|
| 38 | 07/30/2025 | 1277 | Statement of Monthly Professional Fee Statement For Burns Bair LLP (June 2025) |
| 39 | 07/30/2025 | 1279 | Statement of Monthly Professional Fee Statement for Pachulski Stang Ziehl & Jones LLP (June 2025) |
| 40 | 08/20/2025 | 1295 | Statement of Monthly Professional Fee Statement for Sheppard, Mullin, Richter & Hampton LLP - July 2025 |
| 41 | 08/20/2025 | 1297 | Statement of Monthly Professional Fees for BlankRome LLP [July 2025] |
| 42 | 08/20/2025 | 1298 | Statement of Monthly Professional Fees and Expenses for Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP [July 2025] |
| 43 | 08/20/2025 | 1299 | Statement of Monthly Professional Fees and Expenses for Weintraub Tobin [July 2025] |
| 44 | 09/02/2025 | 1319 | Statement of Monthly Professional Fee Statement For Burns Bair LLP (July 2025) |
| 45 | 09/09/2025 | 1329 | Statement of Monthly Professional Fee Statement for Pachulski Stang Ziehl & Jones LLP (July 2025) |
| 46 | 09/30/2025 | 1363 | The Official Committee of Unsecured Creditors' Opposition to Insurers' Motion for Stay Pending Appeal |
| 47 | 09/30/2025 | 1368 | Opposition to Insurer's Motion for Stay Pending Appeal |
| 48 | 10/08/2025 | 1389 | Complaint by Westport Insurance Corporation f/k/a Employers Reinsurance Corporation against The Roman Catholic Archbishop of San Francisco |
| 49 | 10/09/2025 | 1392 | Order Denying Motion for Stay Pending Appeal |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4908-0164-7474.3 05068.002

25

III.    **Reservation of Rights**

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.


Dated:  October 14, 2025              PACHULSKI STANG ZIEHL & JONES LLP


                                      By */s/ Gail S. Greenwood*
                                         James I. Stang
                                         Gail Greenwood
                                         Brittany M. Michael
                                         *Attorneys for the Official Committee of Unsecured Creditors*

                                         -- and --

                                      BURNS BAIR LLP

                                         Timothy W. Burns
                                         Jesse J. Bair
                                         *Special Insurance Counsel for the Official Committee of Unsecured Creditors*

4908-0164-7474.3 05068.002

26

1  Paul J. Pascuzzi, State Bar No. 148810
   Jason E. Rios, State Bar No. 190086
2  Thomas R. Phinney, State Bar No. 159435
   Mikayla E. Kutsuris, State Bar No. 339777
3  FELDERSTEIN FITZGERALD
      WILLOUGHBY PASCUZZI & RIOS LLP
4  500 Capitol Mall, Suite 2250
   Sacramento, CA  95814
5  Telephone:    (916) 329-7400
   Facsimile:    (916) 329-7435
6  Email:        ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
7                tphinney@ffwplaw.com
                 mkutsuris@ffwplaw.com
8
9  Ori Katz, State Bar No. 209561
   Alan H. Martin, State Bar No. 132301
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
11    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone:    (415) 434-9100
13 Facsimile:    (415) 434-3947
   Email:        okatz@sheppardmullin.com
14               amartin@sheppardmullin.com

15 Attorneys for The Roman Catholic Archbishop of
   San Francisco

16              UNITED STATES BANKRUPTCY COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 19 In re | Case No. 23-30564 |
| 20 THE ROMAN CATHOLIC ARCHBISHOP | Chapter 11 |
| 21 OF SAN FRANCISCO, | |
| 22          Debtor and | **COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE FILED BY APPELLEE THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO** |
| 23          Debtor in Possession. | |
| 24 | |
| 25 | |

26          Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, The Roman

27 Catholic Archbishop of San Francisco (the "Appellee"), hereby: (1) designates the following

28 additional items to be included in the record for the appeal filed by Appellants, Certain Underwriters

1  at Lloyd's, London and Certain London Market Insurance Companies (hereinafter "Appellants"),

2  without prejudice to the Appellee's right to supplement the record at a later date; and (2) submits

3  the following statement of the issue to be considered on appeal from the *Docket Text Order Granting*

4  *Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay* [No ECF

5  No.] and *Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the*

6  *Automatic Stay* [ECF No. 1346], without prejudice to the Appellee's right to supplement, amend,

7  respond, and address any issues in its Appellee's responsive brief.

8      **I.      Statement of the Issue to be Presented on Appeal[1]**

9      Appellee presents the following statement of the issue to be considered on appeal:

10     1.      Did the bankruptcy court abuse its discretion in granting the *Debtor's Motion to*

11 *Approve Compromise and Stipulation Modifying the Automatic Stay* (the "Motion")?

12     **II.     Designation of Additional Items to be Included in the Record on Appeal**

13     Appellee designates the following additional items to be included in the record on appeal,

14 including all exhibits, appendices, and/or addenda[2]:

Items from Case No. 23-30564, in the United States Bankruptcy

Court for the Northern District of California, *In re the Roman*

*Catholic Archbishop of San Francisco*

| Item | Date Filed | ECF No. | Description |
|------|-----------|---------|-------------|
| 1 | 08/22/2023 | 19 | Declaration of Fr. Patrick Summerhays in Support of Ex Parte Application for Order Designating Responsible Individual (RE: related document(s) 18 Application to Designate Responsible Individual).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Rios, Jason) (Entered: 08/22/2023) |

---

[1]      Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, the Appellee is not required to file a statement of the issues.  For the convenience of the court and the parties, the Appellee has included this statement of the issues, but reserves all its rights to supplement, amend, respond, and address any issues in its Appellee's responsive brief.

[2]      Appellee further designates all transcripts from hearings in the adversary proceeding or motion to approve the stipulation, if any.

28

| 2 | 09/01/2023 | 58 | Notice of Appointment of Creditors' Committee. (Goebelsmann, Christina) (Entered: 09/01/2023) |
| 3 | 10/20/2023 | 227 | Final Order Granting Debtor's Emergency Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claims (Related Doc # 10) (lp) (Entered: 10/20/2023) |
| 4 | 10/27/2023 | 251 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 5 | 10/27/2023 | 251-1 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 6 | 10/27/2023 | 251-2 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 7 | 10/27/2023 | 251-3 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific |

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD

29

| | | | Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
|---|---|---|---|
| 8 | 10/27/2023 | 251-4 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 9 | 10/27/2023 | 251-5 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 10 | 10/27/2023 | 251-6 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request |

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD

30

| | | | |
|---|---|---|---|
| | | | for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 11 | 10/27/2023 | 251-7 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 12 | 10/27/2023 | 251-8 | Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice) (MacConaghy, Pierce) (Entered: 10/27/2023) |
| 13 | 10/27/2023 | 252 | Notice of Hearing on Certain Insurers' Motion for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s) 251 Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice)).  Hearing scheduled for 11/30/2023 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 10/27/2023) |

| 14 | 10/30/2023 | 255 | Corrected Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s)251 Motion for Relief From Stay).  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 15 | 10/30/2023 | 258 | Certificate of Service (RE: related document(s) [251] Motion for Relief From Stay, [252] Notice of Hearing, [255] Memo of Points & Authorities).  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 16 | 11/16/2023 | 313 | Objection to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s) 251 Motion for Relief From Stay).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Pascuzzi, Paul) |
| 17 | 11/16/2023 | 321 | Joinder to Debtor's Opposition to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s) 313 Objection). Filed by Creditor Committee The Official Committee of Unsecured Creditors (Lucas, John) (Entered: 11/16/2023) |
| 18 | 11/17/2023 | 322 | Certificate of Service (RE: related document(s) 321 Joinder).  Filed by Creditor Committee The Official Committee of Unsecured Creditors (Lucas, John) (Entered: 11/17/2023) |
| 19 | 11/22/2023 | 339 | Notice of Continued Hearing (RE: related document(s) 251 Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice)).  Hearing scheduled for 12/14/2023 at 01:30 PM Tele/Videoconference - www.canb.uscourts.gov/calendars for 251.  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 11/22/2023) |
| 20 | 11/22/2023 | 340 | Certificate of Service (RE: related document(s) 339 Notice of Continued Hearing).  Filed by Interested Partys Century |

| | | | |
|---|---|---|---|
| | | | Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 11/22/2023) |
| 21 | 11/28/2023 | 343 | Certificate of Service re: Debtors Opposition to Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue [Docket No. 313] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s) 313 Objection). (Lowry, Randy) (Entered: 11/28/2023) |
| 22 | 12/06/2023 | 358 | Second Notice of Continued Hearing (RE: related document(s) 251 Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company. Hearing scheduled for 1/11/2024 at 01:30 PM Tele/Videoconference - www.canb.uscourts.gov/calendars for 251. Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 23 | 12/06/2023 | 359 | Certificate of Service (RE: related document(s) 358 Notice of Continued Hearing). Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 12/06/2023) |
| 24 | 01/03/2024 | 404 | Third Notice of Continued Hearing (RE: related document(s) 251 Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (Attachments: # 1 RS Cover Sheet # 2 Memorandum of Points and Authorities in Support of Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue # 3 Request for Judicial Notice # 4 Exhibit A - Request for Judicial Notice # 5 Exhibit B - Request for Judicial Notice # 6 Exhibit C - Request for Judicial Notice # 7 Exhibit D - Request for Judicial Notice # 8 Exhibit E - Request for Judicial Notice)). Hearing scheduled for 1/25/2024 at 01:30 PM Tele/Videoconference - www.canb.uscourts.gov/calendars for 251. Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 01/03/2024) |
| 25 | 01/03/2024 | 405 | Certificate of Service (RE: related document(s) 404 Notice of Continued Hearing). Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester |

| | | | |
|---|---|---|---|
| | | | Fire Insurance Company (MacConaghy, Pierce) (Entered: 01/03/2024) |
| 26 | 01/18/2024 | 428 | Fourth Notice of Continued Hearing (RE: related document(s) [251] Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company. Hearing scheduled for 2/8/2024 at 01:30 PM Tele/Videoconference - www.canb.uscourts.gov/calendars for [251].  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 27 | 01/18/2024 | 429 | Certificate of Service (RE: related document(s) 428 Notice of Continued Hearing).  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 01/18/2024) |
| 28 | 02/01/2024 | 446 | Notice Regarding Status Report of Certain Insurers in Connection with Their Motion for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s) [251] and [255] Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 29 | 02/01/2024 | 446-1 | Notice Regarding Status Report of Certain Insurers in Connection with Their Motion for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s) [251] and [255] Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 30 | 02/01/2024 | 447 | Certificate of Service (RE: related document(s) 446 Notice). Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) (Entered: 02/01/2024) |
| 31 | 02/06/2024 | 449 | Notice Regarding Entry into and Filing of Proposed Order and Stipulation to Withdraw without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue (RE: related document(s) [251] Motion for Relief from Stay Fee Amount $188, Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company.  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |

| 32 | 02/06/2024 | 450 | Certificate of Service (RE: related document(s) 449 Notice). Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (MacConaghy, Pierce) |
|----|-----------|-----|---|
| 33 | 02/07/2024 | 452 | Stipulation to Withdraw without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue.  Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company (RE: related document(s) [449] Notice filed by Interested Party Pacific Indemnity Company, Interested Party Century Indemnity Company, Interested Party Westchester Fire Insurance Company). |
| 34 | 07/11/2024 | 745 | Motion Application to Schedule a Status Conference for the Presentation of Survivor Statements Filed by Creditor Committee The Official Committee of Unsecured Creditors (Stang, James) (Entered: 07/11/2024) |
| 35 | 07/11/2024 | 746 | Certificate of Service (RE: related document(s) 745 Motion Miscellaneous Relief.  Filed by Creditor Committee The Official Committee of Unsecured Creditors (Stang, James) (Entered: 07/11/2024) |
| 36 | 07/16/2024 | 748 | Order Setting Status Conference (RE: related document(s) 745 Motion Miscellaneous Relief filed by Creditor Committee The Official Committee of Unsecured Creditors).  Status Conference scheduled for 7/25/2024 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (lp) (Entered: 07/16/2024) |
| 37 | 07/18/2024 | 750 | Response and Reservation of Rights Regarding the Application to Schedule a Status Conference for the Presentation of Survivor Statements (RE: related document(s) 745 Motion Miscellaneous Relief.  Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Attachments: # 1 Certificate of Service) (Kahane, Jeff) (Entered: 07/18/2024) |
| 38 | 07/18/2024 | 750-1 | Response and Reservation of Rights Regarding the Application to Schedule a Status Conference for the Presentation of Survivor Statements (RE: related document(s) 745 Motion Miscellaneous Relief.  Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Attachments: # 1 Certificate of Service) (Kahane, Jeff) (Entered: 07/18/2024) |

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD 35

| 39 | 08/01/2024 | 782 | Certificate of Service Re: Order Granting Application to Schedule a Status Conference with Presentation of Survivor Statements (RE: related document(s) 781 Order on Motion for Miscellaneous Relief.  Filed by Creditor Committee The Official Committee of Unsecured Creditors (Stang, James) (Entered: 08/01/2024) |
| 40 | 02/21/2025 | 1012-1 | Motion to File Redacted Document / The Official Committee of Unsecured Creditors' Motion for an Order Authorizing the Filing of Redacted Documents (Attachments: # 1 Declaration) Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) (Entered: 02/21/2025) |
| 41 | 03/13/2025 | 1081-1 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay.  Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) (Haevernick, Joshua) (Entered: 03/13/2025) |
| 42 | 03/13/2025 | 1081-2 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay.  Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) (Haevernick, Joshua) (Entered: 03/13/2025) |
| 43 | 03/13/2025 | 1081-3 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay.  Filed by Interested Partys St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company (Attachments: # 1 Exhibit A - Syracuse Transcript dated September 28, 2023 # 2 Exhibit B - Rockville Transcript dated December 19, 2023 # 3 Exhibit C - New Orleans Transcript dated September 30, 2020) (Haevernick, Joshua) (Entered: 03/13/2025) |

| 44 | 03/13/2025 | 1083-1 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay, 1021 Notice of Hearing).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) (Katz, Ori) (Entered: 03/13/2025) |
|---|---|---|---|
| 45 | 03/13/2025 | 1083-2 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay, 1021 Notice of Hearing).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) (Katz, Ori) (Entered: 03/13/2025) |
| 46 | 03/13/2025 | 1083-3 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1015 Motion for Relief From Stay, 1021 Notice of Hearing).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Declaration of Barron L. Weinstein in support thereof # 2 Declaration of Daniel C. Zamora in support thereof # 3 Certificate of Service) (Katz, Ori) (Entered: 03/13/2025) |
| 47 | 03/17/2025 | 1091 | Certificate of Service re: Debtors Opposition to the Official Committee of Unsecured Creditors Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation [Docket No. 1083] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s)1083 Opposition Brief/Memorandum). (Lowry, Randy) (Entered: 03/17/2025) |
| 48 | 03/20/2025 | 1097-1 | Reply / The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation (RE: related document(s) 1081 Objection, 1083 Opposition Brief/Memorandum).  Filed by Creditor Committee The Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) (Stang, James). Related document(s) |

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD

37

| | | | |
|---|---|---|---|
| | | | 1015 Motion for Relief from Stay Fee Amount $199, filed by Creditor Committee The Official Committee of Unsecured Creditors. Modified on 3/21/2025 (myt). (Entered: 03/20/2025) |
| 49 | 08/07/2025 | 1285-1 | Motion to Approve Document Compromise and Stipulation Modifying the Automatic Stay Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - Proposed Order) (Pascuzzi, Paul) (Entered: 08/07/2025) |
| 50 | 08/15/2025 | 1293-1 | Joinder / The Official Committee of Unsecured Creditors' Joinder to the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document).  Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 51 | 08/21/2025 | 1302-1 | Objection Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document).  Filed by Interested Party Century Indemnity Company |
| 52 | 08/21/2025 | 1302-2 | Objection Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document).  Filed by Interested Party Century Indemnity Company |
| 53 | 08/21/2025 | 1302-3 | Objection Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) [1285] Motion to Approve Document).  Filed by Interested Party Century Indemnity Company |
| 54 | 08/28/2025 | 1312-1 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1311 Reply).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Exhibit A - 7-23-2025 RCBS Transcript # 2 Exhibit B - 8-15-2025 RCBSR Transcript) (Pascuzzi, Paul) (Entered: 08/28/2025) |
| 55 | 08/28/2025 | 1312-2 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1311 Reply).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Exhibit A - 7-23-2025 RCBS Transcript # 2 Exhibit B - 8-15-2025 RCBSR Transcript) (Pascuzzi, Paul) (Entered: 08/28/2025) |
| 56 | 08/28/2025 | 1315-1 | Reply / The Official Committee of Unsecured Creditors' Reply in Support of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (RE: related document(s) 1285 Motion to Approve Document, 1302 Objection).  Filed by Creditor Committee Official Committee Of Unsecured Creditors (Attachments: # 1 Certificate of Service) (Greenwood, Gail) (Entered: 08/28/2025) |
| 57 | 09/05/2025 | 1323 | Certificate of Service re: Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1305] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s) [1305] Notice). |
| 58 | 09/05/2025 | 1325 | Certificate of Service re: Debtors Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1311] and Declaration of Paul J. Pascuzzi in Support of Debtors Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1312] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s)1311 Reply, 1312 Declaration). (Lowry, Randy) (Entered: 09/05/2025) |
| 59 | 09/17/2025 | 1347 | Certificate of Service re: Notice of Fully Executed Stipulation By and Among the Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Docket No. 1331] and Proposed Order Granting Debtors Motion to Approve Compromise and Stipulation Modifying the Automatic Stay Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s) 1331 Notice). (Lowry, Randy) (Entered: 09/17/2025) |
| 60 | 09/30/2025 | 1363 | Brief/Memorandum in Opposition to / The Official Committee of Unsecured Creditors' Opposition to Insurers' Motion for Stay Pending Appeal (RE: related document(s) 1342 Motion to Stay Pending Appeal).  Filed by Creditor Committee The Official Committee of Unsecured Creditors |
| 61 | 09/30/2025 | 1364 | Certificate of Service (RE: related document(s) 1363 Opposition Brief/Memorandum).  Filed by Creditor Committee The Official Committee of Unsecured Creditors (Greenwood, Gail) (Entered: 09/30/2025) |
| 62 | 09/30/2025 | 1368 | Brief/Memorandum in Opposition to Insurer's Motion for Stay Pending Appeal (RE: related document(s) 1342 Motion to Stay |

39

| | | | |
|---|---|---|---|
| | | | Pending Appeal).  Filed by Debtor The Roman Catholic Archbishop of San Francisco (Pascuzzi, Paul) (Entered: 09/30/2025) |
| 63 | 09/30/2025 | 1370 | Appellant Designation of Contents For Inclusion in Record On Appeal, Certification of No Transcript Ordered, Statement of Issues on Appeal, (RE: related document(s) [1343] Notice of Appeal and Statement of Election filed by Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, Interested Party Chicago Insurance Company, Interested Party Fireman's Fund Insurance Company, Interested Party Appalachian Insurance Company).  Appellee designation due by 10/16/2025.  Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
| 64 | 09/30/2025 | 1371 | Notice of Appeal and Statement of Election (Protective Supplement to Previous Notice of Appeal), Fee Amount $ 298.  (RE: related document(s) 1346 Order on Motion to Approve Document).  Transmission of Record to District Court due by 10/30/2025.  Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Kahane, Jeff) (Entered: 09/30/2025) |
| 65 | 09/30/2025 | 1372 | Appellant Designation of Contents For Inclusion in Record On Appeal and Certificate Regarding Transcripts (RE: related document(s) 1344 Notice of Appeal and Statement of Election filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies).  Appellee designation due by 10/16/2025.  Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Kahane, Jeff) (Entered: 09/30/2025) |
| 66 | 09/30/2025 | 1373 | Certificate of Service of Appellants LMI's Statement of Issues on Appeal, Designation of Items to be Included in the Record on Appeal, and Certificate Regarding Transcripts (RE: related document(s) 1372 Appellant Designation).  Filed by Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies (Evanston, Timothy) (Entered: 09/30/2025) |
| 67 | 09/30/2025 | 1374 | Statement of Issues on Appeal, and Designation of Record on Appeal (RE: related document(s) 1341 Notice of Appeal and Statement of Election filed by Interested Party Pacific Indemnity Company, Interested Party Century Indemnity Company, Interested Party Westchester Fire Insurance |

| | | | |
|---|---|---|---|
| | | | Company). Filed by Interested Party Century Indemnity Company (Plevin, Mark) (Entered: 09/30/2025) |
| 68 | 10/01/2025 | 1375 | Notice of Appeal and Statement of Election, Fee Amount $298. (RE: related document(s) 1346 Order on Motion to Approve Document). Transmission of Record to District Court due by 10/31/2025. Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation (Winsberg, Harris) (Entered: 10/01/2025) |
| 69 | 10/01/2025 | 1377 | Notice of Appeal and Statement of Election of Century Indemnity Co., Pacific Indemnity Co., Westchester Fire Ins. Co., St. Paul Fire & Marine Ins. Co., Travelers Cas. & Sur. Co., and Continental Cas. Co., Fee Amount $298. (RE: related document(s) 1346 Order on Motion to Approve Document). Transmission of Record to District Court due by 10/31/2025. Filed by Interested Party Century Indemnity Company (Plevin, Mark) (Entered: 10/01/2025) |
| 70 | 10/03/2025 | 1379 | Certificate of Service re: Notice of Filing Eighth Quarterly Statement of Amounts Paid to Ordinary Course Professionals from June 1, 2025 to August 31, 2025 [Docket No. 1367] and Opposition to Insurers Motion for Stay Pending Appeal [Docket No. 1368] Filed by Other Prof. Omni Agent Solutions, Inc. (related document(s) [1367] Statement, [1368] Opposition Brief/Memorandum. |
| 71 | 10/07/2025 | 1380 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1341 Notice of Appeal and Statement of Election, 1349 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Amended Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 72 | 10/07/2025 | 1380-1 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 73 | 10/07/2025 | 1380-2 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 74 | 10/07/2025 | 1380-3 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, |

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD 41

| | | | 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
|---|---|---|---|
| 75 | 10/07/2025 | 1381 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 76 | 10/07/2025 | 1381-1 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 77 | 10/07/2025 | 1381-2 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 78 | 10/07/2025 | 1381-3 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1343 Notice of Appeal and Statement of Election, 1352 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 79 | 10/07/2025 | 1382 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 80 | 10/07/2025 | 1382-1 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 81 | 10/07/2025 | 1382-2 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 82 | 10/07/2025 | 1382-3 | Transmission of Notice of Appeal to District Court (RE: related document(s) 1344 Notice of Appeal and Statement of Election, 1354 Service of Notice of Appeal). (Attachments: # 1 Notice of |

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD    42

| | | | |
|---|---|---|---|
| | | | Appeal # 2 Appeal Documents # 3 Courts Certificate of Mailing) (myt) (Entered: 10/07/2025) |
| 83 | 10/07/2025 | 1383 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Jeannie Kim, Amanda L. Cottrell, Barron L. Weinstein, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Matthew C. Lovell, Blaise S. Curet, Robin D. Craig, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa, Michele N. Detheraage, Joshua Haevernick, Patrick C. Maxey, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Kelsey L. Campbell, Karen Barth Menzies, Richard E. Donahoo, Justin Felton, Jeff Anderson , Clayton Hinrichs, Jennifer Stein, Michael Finnegan, Joseph C. George, Andy LeClair, Jennifer R. Liakos, Vince W. Finaldi, Dennis C. Reich, Robert J. Binstock, Ben Black, Andrew Holcomb, Sandra Ribera Speed, Adam P. Slater, Ryan Camastra, Robert W. Thompson, R. Lewis Van Blois, Devin Storey: Attorney for Appellee(s) Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Catalina J. Sugayan, Michael Norton, Yongli Yang: Attorney for Appellant(s), and United States Trustee via the Bankruptcy Noticing Center. (RE: related document(s)1371 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 84 | 10/07/2025 | 1384 | Courts Certificate of Mailing.  Number of notices mailed: 64 (RE: related document(s) Judge Docket Order, 1346 Order on Motion to Approve Document, 1371 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 85 | 10/07/2025 | 1385 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney, Mikayla E. Kutsuris, Ori Katz, Alan H. Martin, Barron L. Weinstein, Kevin L. Cifarelli, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Timothy W. Burns, Jesse J. Bair, Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander E. Potente, Jason J. Chorley, Catalina J. Sugayan, Russell W. Roten, Jeff D. Kahane, Nathan Reinhardt, Timothy W. Evanston, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Joshua Haevernick, Patrick C. Maxey: Attorney for Appellee(s) Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Mathew C. Lovell, Christina M. Lincoln, Melissa M. D Alelio, Taylore E. Karpa Schollard: Attorney for Appellant(s), and United States Trustee |

| | | | via Omni Agent Solutions, Inc. (RE: related document(s) 1375 Notice of Appeal and Statement of Election). |
|---|---|---|---|
| 86 | 10/07/2025 | 1386 | Courts Certificate of Mailing. Number of notices mailed: 39 (RE: related document(s) 1346 Order on Motion to Approve Document, 1375 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 87 | 10/07/2025 | 1387 | Service of Notice of Appeal to Paul J. Pascuzzi, Jason E. Rios, Ori Katz, Alan H. Martin, Jeannie Kim, Alan H. Martin, James I. Stang, Brittany M. Michael, Gail S. Greenwood, Gillian Nicole Brown, Debra I. Grassgreen, John W. Lucas, Timothy W. Burns, Jesse J. Bair, Brian P. Cawley, Harris B. Winsberg, Matthew M. Weiss, Matthew G. Roberts, Todd C. Jacobs, John E. Bucheit, Blaise S. Curet, Robin D. Craig, Jeff D. Kahane, Russell W. Roten, Nathan Reinhardt, Timothy Evanston, Catalina J. Sugayan, Michael W. Ellison, Joshua D. Weinberg, Annette P. Rolain, Matthew C. Lovell, Christina M. Lincoln, Melissa M. DAlelio, Taylore E. Karpa Schollard: Attorney for Appellee(s) Mark D. Plevin, Miranda H. Turner, Jordan A. Hess, Alexander Potente, Jason Chorley, Joshua Haevernick, Patrick C. Maxcy, Andrew D. Telles Wyatt: Attorney for Appellant(s), and United States Trustee via Omni Agent Solutions, Inc. (RE: related document(s)1377 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 88 | 10/07/2025 | 1388 | Courts Certificate of Mailing.  Number of notices mailed: 42 (RE: related document(s) 1346 Order on Motion to Approve Document, 1377 Notice of Appeal and Statement of Election). (myt) (Entered: 10/07/2025) |
| 89 | 10/08/2025 | 1390 | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 25-cv-08563-WHO (RE: related document(s) [1341] Notice of Appeal and Statement of Election, [1380] Transmission of Notice of Appeal to District Court). |
| 90 | 10/09/2025 | 1392 | Order Denying Motion for Stay Pending Appeal (Related Doc # [1342]) |

Items from Adversary Pro. No. 25-03019, in the United States Bankruptcy Court

for the Northern District of California, *In re the Roman Catholic Archbishop of*

*San Francisco v. John DB Roe SF, et. al.*

///

///

| Item | Date Filed | AP ECF No. | Description |
|------|-----------|-----------|-------------|
| 1 | 04/28/2025 | 1-1 | Adversary case 25-03019.  72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 AP Cover Sheet # 3 Attachment Sheet to Adversary Cover Sheet) (Katz, Ori) (Entered: 04/28/2025) |
| 2 | 04/28/2025 | 1-2 | Adversary case 25-03019.  72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 AP Cover Sheet # 3 Attachment Sheet to Adversary Cover Sheet) (Katz, Ori) (Entered: 04/28/2025) |
| 3 | 04/28/2025 | 1-3 | Adversary case 25-03019. 72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF |

| | | | |
|---|---|---|---|
| | | | 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 AP Cover Sheet # 3 Attachment Sheet to Adversary Cover Sheet) (Katz, Ori) (Entered: 04/28/2025) |
| 4 | 04/29/2025 | 2 | Summons Issued on C.M.  Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s)1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco).  Scheduling Conference scheduled for 6/27/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) DEFECTIVE ENTRY: Clerk docketed in error.  Please see the corrected summons on doc #5.  Modified on 4/29/2025 (rdr). (Entered: 04/29/2025) |
| 5 | 04/29/2025 | 2-1 | Summons Issued on C.M.  Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 |

20

46

| | | | Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s)1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco).  Scheduling Conference scheduled for 6/27/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) DEFECTIVE ENTRY: Clerk docketed in error.  Please see the corrected summons on doc #5.  Modified on 4/29/2025 (rdr). (Entered: 04/29/2025) |
| 6 | 04/29/2025 | 3 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 7 | 04/29/2025 | 3-1 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 8 | 04/29/2025 | 3-2 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 9 | 04/29/2025 | 3-3 | Order Regarding Initial Disclosures and Discovery Conference (rdr) (Entered: 04/29/2025) |
| 10 | 04/29/2025 | 4 | Request for Notice Filed by Requestor Pfister & Saso, LLP (Pfister, Robert) (Entered: 04/29/2025) |
| 11 | 04/29/2025 | 5 | Corrected Summons Issued on C.M. Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John |

| | | | |
|---|---|---|---|
| | | | Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Pfister & Saso, LLP Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s)1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Scheduling Conference scheduled for 6/26/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) (Entered: 04/29/2025) |
| 12 | 04/29/2025 | 5-1 | Corrected Summons Issued on C.M.  Answer Due 5/29/2025; John Doe Answer Due 5/29/2025; Jane Doe 116 Answer Due 5/29/2025; John Doe 664 Answer Due 5/29/2025; Jane Doe 7 Answer Due 5/29/2025; John Doe A.D.R. Answer Due 5/29/2025; John Doe A.L.R. Answer Due 5/29/2025; John Doe CLG03522 Answer Due 5/29/2025; John Doe F.O. Answer Due 5/29/2025; John Doe H.M. Answer Due 5/29/2025; John Doe L.M. Answer Due 5/29/2025; John Doe MR 1236 Answer Due 5/29/2025; Joseph Doe OAK 475 Answer Due 5/29/2025; John Doe SF 1026 Answer Due 5/29/2025; John Doe SF 1196 Answer Due 5/29/2025; Jane Doe SF 1200 Answer Due 5/29/2025; John Doe SF 1201 Answer Due 5/29/2025; John Doe SF 1218 Answer Due 5/29/2025; Jane Doe SF 1233 Answer Due 5/29/2025; Jane Doe SF 1260 Answer Due 5/29/2025; John Doe SF 1426 Answer Due 5/29/2025; John Doe SF 1510 Answer Due 5/29/2025; John Doe SF 1913 Answer Due 5/29/2025; Jane Doe SF 2017 Answer Due 5/29/2025; John Doe SF 2028 Answer Due 5/29/2025; Joseph Doe SF 601 Answer Due 5/29/2025; LL John Doe WC Answer Due 5/29/2025; G.J. Answer Due 5/29/2025; G.W. Answer Due 5/29/2025; M.R.H. Answer Due 5/29/2025; Pfister & Saso, LLP Answer Due 5/29/2025; Jane Roe Answer Due 5/29/2025; John Roe 417 Answer Due 5/29/2025; John Roe 457 Answer Due 5/29/2025; John Roe 499 Answer Due 5/29/2025; John |

| | | | |
|---|---|---|---|
| | | | Roe 521 Answer Due 5/29/2025; John PV Roe 554 Answer Due 5/29/2025; John Roe 644 Answer Due 5/29/2025; John Roe 663 Answer Due 5/29/2025; John DB Roe SF Answer Due 5/29/2025 (RE: related document(s)1 Complaint filed by Plaintiff The Roman Catholic Archbishop of San Francisco). Scheduling Conference scheduled for 6/26/2025 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars. (rdr) (Entered: 04/29/2025) |
| 13 | 05/08/2025 | 6 | Certificate of Service re: Complaint Seeking Declaratory and Injunctive Relief Under Bankruptcy Code Sections 105(a) and 362 that the Automatic Stay Extends to All State Court Cases in Which Debtor is Named as a Defendant and as to All Cases in Which a Non-Debtor Affiliate is Named as a Defendant [Adv. Docket No. 1], Order re: Initial Disclosures and Discovery Conference [Adv. Docket No. 3], Corrected Summons and Notice of Scheduling Conference in an Adversary Proceeding [Adv. Docket No. 5] and Adversary Proceeding Cover Sheet [Adv. Docket Nos. 1-2 and 1-3] Filed by Interested Party Omni Agent Solutions (related document(s)1 Complaint, 2 Summons Issued, 3 Discovery Order, 5 Summons Issued). (Lowry, Randy) (Entered: 05/08/2025) |
| 14 | 05/29/2025 | 8-1 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Memorandum of Points and Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 2 Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 3 Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) (Katz, Ori) (Entered: 05/29/2025) |
| 15 | 05/29/2025 | 8-2 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Memorandum of Points and Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor |

| | | | Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 2 Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 3 Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) (Katz, Ori) (Entered: 05/29/2025) |
|---|---|---|---|
| 16 | 05/29/2025 | 8-3 | Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 Filed by Plaintiff The Roman Catholic Archbishop of San Francisco (Attachments: # 1 Memorandum of Points and Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 2 Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362 # 3 Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362) (Katz, Ori) (Entered: 05/29/2025) |
| 17 | 09/05/2025 | 24 | Certificate of Service re: Notice of Amended Exhibit B to Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 22] Filed by Interested Party Omni Agent Solutions (related document(s)22 Notice). (Lowry, Randy) (Entered: 09/05/2025) |

///

///

///

///

///

///

///

APPELLEE'S COUNTER-DESIGNATION OF THE RECORD

50

1

### III.    Reservation of Rights

2

Appellee reserves the right to withdraw, supplement, amend or modify this designation of

3

record on appeal.  This filing is made expressly subject to, and without waiver of any and all rights,

4

remedies, challenges, and objections.

5

Dated: October 14, 2025                    FELDERSTEIN FITZGERALD WILLOUGHBY
                                           PASCUZZI & RIOS LLP

6

                                By:    */s/ Paul J. Pascuzzi*

7

                                       Paul J. Pascuzzi

8

                                       Jason E. Rios
                                       Attorneys for The Roman Catholic

9

                                       Archbishop of San Francisco

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28