Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies,<br><br>            Appellants,<br>    v.<br><br>The Roman Catholic Archbishop of San Francisco<br>            Appellee. | Case No. 3:25-cv-08568-WHO<br><br>**CORPORATE DISCLOSURE STATEMENT OF APPELLEE THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

Pursuant to Federal Rule of Bankruptcy Procedure 8012, appellee The Roman Catholic Archbishop of San Francisco (the "Appellee" or "RCASF"), submits the following Disclosure Statement:

**Rule 8012(a) - Parent Corporations for Non-Governmental Corporate Parties**

RCASF is a California corporation sole, with no parent corporation or publicly held corporation that owns any stock of RCASF.

**Rule 8012(b) - Disclosure About the Debtor**

Appellee, RCASF, is the Debtor in the underlying pending Chapter 11 case. There are no other debtors not named in the caption for this case. The disclosures required by Rule 8012(a) are provided above.

Dated: October 24, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
Paul J. Pascuzzi
Jason E. Rios
Attorneys for The Roman Catholic
Archbishop of San Francisco