UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS OF LLOYD'S, et al.,

Plaintiff(s),

v.

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al,

Defendant(s).

Case No. 25-cv-08568-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brittany M. Michael, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the Official Committee of Unsecured Creditors in the above-entitled action. My local co-counsel in this case is Gail S. Greenwood, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 169939.

| | |
|---|---|
| 1700 Broadway, 36 Fl New York NY 10019 | 1 Sansome St, 34 Fl San Francisco CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-561-7700 | 415-263-7000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bmichael@pszjlaw.com | ggreenwood@pszjlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0397592.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/31/25

Brittany M. Michael
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brittany M. Michael is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

BRITTANY MITCHELL MICHAEL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 2015

Given under my hand and seal of this court on

October 27, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration