Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
333 South Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzysnki.com
jkahane@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan (*pro hac vice* forthcoming)
Michael Norton (*pro hac vice* forthcoming)
Yongli Yang (*pro hac vice* forthcoming)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yaang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES, <br><br> Appellants, <br><br> v. <br><br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, <br><br> Appellees. | Civil Case No.: 3:25-cv-08568 <br><br> Hon. William H. Orrick <br><br> **CORPORATE DISCLOSURE STATEMENT OF APPELLANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Without waiving any rights, pursuant to Federal Rule of Civil Procedure 7.1, Federal Rule of Bankruptcy Procedure 8012, and the Court's Notice Regarding Submission of Required Corporate Disclosures, Appellants Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively "LMI")[1] furnish the following:

- **Certain Underwriters at Lloyd's, London** have no parent company. No publicly held company owns 10% or more of their stock.

- **Catalina Worthing Insurance Limited (formerly known as Hartford Financial Products International Limited)** (as transferee of the whole of the insurance business of Excess Insurance Company Limited, [Hart Fire Insurance Company (London Branch)], is a private limited company incorporated in England and Wales with registered number 5965916 and having its registered office at 1 Alie Street, London E1 8DE, authorized by the Prudential Regulation Authority and regulated by the Prudential Regulation Authority and the Financial Conduct Authority (FRN 468832). Catalina Worthing Insurance Limited's parent company is Catalina Holdings (Bermuda) Ltd. Catalina Holdings (Bermuda) Ltd. is owned by funds managed by affiliates of Apollo Global Management, Inc.

- **Ocean Marine Insurance Company Limited (as Part VII transferee of The World Auxiliary Insurance Corporation Limited)** Ocean Marine Insurance Company Limited's parent company is Aviva Insurance Limited. No publicly held company owns 10% or more of its stock.

- **River Thames Insurance Company Limited** is a wholly owned subsidiary of Cavello Bay Reinsurance Limited, all of whose stock is ultimately owned by Elk Topco, LLC. No publicly held company owns 10% or more of its stock.

- **Dominion Insurance Company Ltd** is 100% owned by Premia Holdings Ltd and a subsidiary of Arch Capital Group (a publicly traded company) owns more than 10% of Premia Holdings Ltd.

- **Companhia de Seguros Fidelidade-Mundial SA (f/k/a as Fidelidade Insurance Company of Lisbon)** Companhia de Seguros Fidelidade-Mundial SA has no parent company. No publicly held company owns 10% or more of its stock.

- **R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.)** R&Q Gamma Company's parent company is Randall &

---

[1] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.)

Quilter II Holdings Ltd. No publicly held company owns 10% or more of its stock.

The foregoing statements are made without prejudice to any and all rights and defenses that can be asserted by LMI.

Dated: October 31, 2025　　　　　　　Respectfully submitted,

By: */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Timothy W. Evanston
Skarzynski Marick & Black LLP
333 South Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone:　(213) 721-0650
Email:　　　rroten@skarzynski.com
　　　　　　jkahane@skarzynski.com
　　　　　　tevanston@skarzynski.com

-and-

Catalina J. Sugayan (*pro hac vice* forthcoming)
Michael Norton (*pro hac vice* forthcoming)
Yongli Yang (*pro hac vice* forthcoming)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Email:　　Catalina.Sugayan@clydeco.us
　　　　　Michael.Norton@clydeco.us
　　　　　Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*