Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN No. 339266)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
       mweiss@phrd.com
       mroberts@phrd.com
       baton@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
       jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, *et al.*, <br><br> Appellants, <br><br> v. <br><br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, <br><br> Appellees. | No. 3:25-CV-08563-WHO <br><br><br><br> **STIPULATION AND ORDER CONSOLIDATING APPEALS** |
| CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION f/k/a EMPLOYERS REINSURANCE CORPORATION, and APPALACHIAN INSURANCE COMPANY, | No. 3:25-CV-08566-WHO |

|   |   |
|---|---|
| Appellants, <br> v. <br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, <br> Appellees. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES, <br> Appellants, <br> v. <br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, <br> Appellees. | No. 3:25-CV-08568-WHO |

This Stipulation For Order Consolidating Appeals is entered by and between Chicago Insurance Company and Fireman's Fund Insurance Company (together "FFIC"), Westport Insurance Corporation f/k/a Employers Reinsurance Corporation ("Westport"), Appalachian Insurance Company ("Appalachian"), Century Indemnity Company[1] ("Century"), Pacific Indemnity Company ("Pacific"), Westchester Fire Insurance Company[2] ("Westchester"), Certain Underwriters at Lloyd's London and Certain London Market Companies[3] ("LMI"), Continental Casualty Company ("Continental"), St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company (together, "Travelers") (collectively, the foregoing parties are the "Insurers"), The Roman Catholic Archbishop of San Francisco ("Debtor"), and The Official Committee of Unsecured Creditors of the Roman Catholic Archbishop of San Francisco

---

[1] Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

[2] Westchester Fire Insurance Company, as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964.

[3] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

("Committee"), with reference to the following facts:

1. On September 2, 2025, the bankruptcy court entered a Docket Text Order granting the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (the "Docket Order").

2. On September 16, 2025, Century, Pacific, Westchester, Continental, and Travelers filed their Notice of Appeal and Statement of Election related to the Docket Order. Their appeal is presently before the Court as Case No. 3:25-cv-08563-WHO (the "Century Appeal").

3. That same day, FFIC, Westport, and Appalachian filed their Notice of Appeal and Statement of Election related to the Docket Order. Their appeal is presently before the Court as Case No. 3:25-cv-08566-WHO (the "FFIC Appeal").

4. That same day, LMI filed their Notice of Appeal and Statement of Election related to the Docket Order. Their appeal is presently before the Court as Case No. 3:25-cv-08568-WHO (the "LMI Appeal"). Collectively, the Century Appeal, FFIC Appeal, and the LMI Appeal are referred to as the "Insurers' Appeals."

5. The Debtor is an appellee in each of the Insurers' Appeals.

6. The Committee is an appellee in each of the Insurers' Appeals.

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED** that

1. The Insurers' Appeals involve common questions of law or fact and are each pending before the Hon. William H. Orrick. Consolidation for procedural purposes only will serve the interests of judicial economy.

2. The cases denominated Century Indemnity Company, *et al.* v. The Roman Catholic Archbishop of San Francisco, Case No. 3:25-cv-08563-WHO, Chicago Insurance Co., Fireman's Fund Insurance Co., Westport Insurance Corp., and Appalachian Insurance Co. v. The Roman Catholic Archbishop of San Francisco, Case No. 3:25-cv-08566-WHO, and Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies v. The Roman Catholic Archbishop of San Francisco, Case No. 3:25-cv-08568-WHO shall be consolidated for procedural purposes only. The separate appeals do not merge into one and the parties do not proceed as a single appellant.

3. Case No. 3:25-cv-08563-WHO shall become the master docket for all future filings and activity. Subsequent filings in these cases must therefore be submitted through the electronic filing system in Case No. 3:25-cv-08563-WHO.

4. The captions on documents filed in the consolidated cases shall be shown as:

| CENTURY INDEMNITY COMPANY, *et al.*, | Civil Case Nos. |
|---|---|
| Appellants, | 3:25-cv-05863-WHO (lead case) |
| v. | 3:25-cv-08566-WHO |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, | 3:25-cv-08568-WHO |
| Appellees. | |

5. The Clerk of Court shall make appropriate adjustments to compensate for this consolidation.

[Court's endorsement follows signatures.]

Dated: November 3, 2025        **PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
          mweiss@phrd.com
          mroberts@phrd.com
          baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
          jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

|   |   |
|---|---|
| | Matthew C. Lovell (SBN 189728)<br>101 Montgomery Street, Suite 2300<br>San Francisco, California 94101<br>Telephone: (415) 745-3779<br>Facsimile: (415) 745-3771<br>Email: mlovell@nicolaidesllp.com |
| | *Attorneys for Chicago Insurance Company and*<br>*Fireman's Fund Insurance Company* |
| Dated: November 3, 2025 | **PARKER, HUDSON, RAINER & DOBBS LLP**<br><br>*/s/ Harris B. Winsberg*<br>By: Harris B. Winsberg (admitted pro hac vice)<br>Matthew M. Weiss (admitted pro hac vice)<br>Matthew G. Roberts (admitted pro hac vice)<br>Brian C. Aton (SBN 339266)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>Email: hwinsberg@phrd.com<br>         mweiss@phrd.com<br>         mroberts@phrd.com<br>         baton@phrd.com<br><br>-and-<br><br>Todd C. Jacobs (admitted pro hac vice)<br>John E. Bucheit (admitted pro hac vice)<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3305<br>Email: tjacobs@phrd.com<br>         jbucheit@phrd.com<br><br>**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**<br><br>Blaise S. Curet (SBN 124983)<br>2000 Powell Street, Suite 830<br>Emeryville, California 94608<br>Telephone: (415) 352-6200<br>Email: bcuret@spcclaw.com<br>**LAW OFFICE OF ROBIN D. CRAIG**<br><br>Robin D. Craig (SBN 130935)<br>6114 La Salle Ave., No. 517<br>Oakland, California 94611<br>Telephone: (510) 549-3310<br>Email: rdc@rcraiglaw.com<br><br>*Attorneys for Westport Insurance Corporation f/k/a*<br>*Employers Reinsurance Corporation* |

| | | |
|---|---|---|
| Dated: November 3, 2025 | | **PARKER, HUDSON, RAINER & DOBBS LLP** |

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
   mweiss@phrd.com
   mroberts@phrd.com
   baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
   jbucheit@phrd.com

**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice*)
Taylore E. Karpa Schollard (admitted *pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone:   (617) 267-2300
Facsimile:   (617) 267-8288
Email: mdalelio@robinskaplan.com
   tkarpa@robinskaplan.com

*Attorneys for Appalachian Insurance Company*

Dated: November 3, 2025          **PLEVIN & TURNER LLP**

*/s/ Mark D. Plevin*
By: Mark D. Plevin (State Bar No. 146278)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640

|   |   |   |
|---|---|---|
| 1 | | Email: mplevin@plevinturner.com |
| 2 | | -and- |
| 3 | | Miranda H. Turner (admitted *pro hac vice*) |
| | | Jordan A. Hess (admitted *pro hac vice*) |
| 4 | | 1701 Pennsylvania Avenue, N.W., Suite 200 |
| | | Washington, D.C. 20004 |
| 5 | | Telephone: (202) 5809-6640 |
| | | Email: mturner@plevinturner.com |
| 6 | |           jhess@plevinturner.com |
| 7 | | **CLYDE & CO US LLP** |
| 8 | | Alexander Potente (State Bar No. 208240) |
| | | Jason J. Chorley (State Bar No. 263225) |
| 9 | | 150 California Street, 15th Floor |
| | | San Francisco, California 94111 |
| 10 | | Telephone: (415) 365-9800 |
| | | Email: alex.potente@clydeco.us |
| 11 | |           jason.chorley@clydeco.us |
| 12 | | *Attorneys for Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964)* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Dated: November 3, 2025 | **PLEVIN & TURNER LLP** |
| 17 | | */s/ Mark D. Plevin* |
| | | By: Mark D. Plevin (State Bar No. 146278) |
| 18 | | 580 California Street, Suite 1200 |
| | | San Francisco, California 94104 |
| 19 | | Telephone: (202) 580-6640 |
| | | Email: mplevin@plevinturner.com |
| 20 | | -and- |
| 21 | | |
| 22 | | Miranda H. Turner (admitted *pro hac vice*) |
| | | Jordan A. Hess (admitted *pro hac vice*) |
| 23 | | 1701 Pennsylvania Avenue, N.W., Suite 200 |
| | | Washington, D.C. 20004 |
| 24 | | Telephone: (202) 5809-6640 |
| | | Email: mturner@plevinturner.com |
| 25 | |           jhess@plevinturner.com |
| 26 | | **CLYDE & CO US LLP** |
| 27 | | Alexander Potente (State Bar No. 208240) |
| | | Jason J. Chorley (State Bar No. 263225) |
| | | 150 California Street, 15th Floor |
| 28 | | San Francisco, California 94111 |
| | | Telephone: (415) 365-9800 |

                                Email: alex.potente@clydeco.us
                                     jason.chorley@clydeco.us

*Attorneys for Continental Casualty Company*

Dated: November 3, 2025        **SKARZYNSKI MARICK & BLACK LLP**

                                  */s/ Jeff D. Kahane*
                                  By: Jeff D. Kahane (SBN 223329)
                                  Russell W. Roten (SBN 170571)
                                  Timothy W. Evanston (SBN 319342)
                                  333 South Grand Avenue, Suite 3350
                                  Los Angeles, CA 90071
                                  Telephone: (213) 721-0650
                                  Email: jkahane@skarzynski.com.com
                                              rroten@skarzynski.com
                                              nreinhardt@skarzynski.com
                                              tevanston@skarzynski.com

                                  -and-

                                  Ashley Storey (*pro hace vice* forthcoming)
                                  One Battery Park Plaza, 32nd Floor
                                  New York, NY 10004
                                  Telephone: (212) 820-7700
                                  Email: astorey@skarzynski.com

                                  Catalina J. Sugayan
                                  Michael Norton
                                  Yongli Yang
                                  30 S. Wacker Drive, Suite 2600
                                  Chicago, Illinois 60606
                                  Telephone: (312) 635-7000
                                  Email: Catalina.Sugayan@clydeco.us
                                             Michael.Norton@clydeco.us
                                             Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*[4]

Dated: November 3, 2025        **DENTONS US LLP**

                                  */s/ Joshua Haevernick*
                                  By: Joshua Haevernick (State Bar No. 308380)
                                  1999 Harrison Street, Suite 1300
                                  Oakland, California 94612
                                  Telephone: (415) 882-5000

---

[4] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

|     |     |
| --- | --- |
| 1   | Email: joshua.haevernick@dentons.com |
| 2   | -and- |
| 3   | Patrick C. Maxcy (admitted *pro hac vice*) |
|     | 233 South Wacker Drive, Suite 5900 |
| 4   | Chicago, Illinois 60606 |
|     | Telephone: (312) 876-8000 |
| 5   | Email: patrick.maxcy@dentons.com |
| 6   | -and- |
| 7   | Andrew D. Telles Wyatt (State Bar No. 316740) |
|     | 4675 MacArthur Court, Suite 1250 |
| 8   | Newport Beach, California 92660 |
|     | Telephone: (949) 732-3700 |
| 9   | Email: andrew.wyatt@dentons.com |
| 10  | *Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company* |

Dated: November 3, 2025    **FELDERSTEIN FITZGERALD WILLOUGHBYPASCUZZI & RIOS LLP**

*/s/ Jason E. Rios*
By: Paul J. Pascuzzi (SBN 148810)
Jason E. Rios (SBN 190086)
Thomas R. Phinney (SBN 159435)
Mikayla E. Kutsuris (SBN 339777)
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Barron Weinstein, State Bar No. 67972
BLANK ROME
2029 Century Park East, 6th Fl,
Los Angeles, CA 90067
Telephone:    (424)-239-3696
Facsimile:    (424)-239-3434
Email:        Barron.Weinstein@blankrome.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

Dated: November 3, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Brittany M. Michael*
By: James I. Stang (SBN 94435)
Brittany M. Michael (admited *pro hac vice*)
Gail Greenwood (SBN 169939)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@psjzlaw.com

**BURNS BAIR LLP**

Timothy W. Burns (*pro hac vice* forthcoming)
Jesse J. Bair (*pro hac vice* forthcoming)
10 East Doty Street, Suite 600
Madison, Wisconsin 53703
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
jbair@burnsbair.com

*Attorneys for the Official Committee of Unsecured Creditors*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Consolidating Appeals. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Harris B. Winsberg, attest that concurrence in the filing of this document has been obtained.

Dated: November 3, 2025.

*/s/ Harris B. Winsberg*
Harris B. Winsberg

PURSUANT TO STIPULATION, **IT IS SO ORDERED,**

DATE: November 4, 2025

_____
**WILLIAM H. ORRICK**
**UNITED STATES DISTRICT JUDGE**